UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 06111
    ELAINE POOLE
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
         Debtor
    SSN XXX-XX-0802
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/26/06 and confirmed on 08/25/06.

   2.  The case was dismissed after confirmation, 07/13/2007.

   3.  The Debtor paid a total of $   5237.85 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ALP | SECURED | .00 | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | 2594.70 | .00 | 2378.53 |
| TCF NATIONAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| TCF NATIONAL BANK | MORTGAGE ARRE | 8879.25 | .00 | 1266.14 |
| TCF NATIONAL BANK | SECURED | .00 | .00 | .00 |
| TCF NATIONAL BANK | MORTGAGE ARRE | 2418.62 | .00 | 149.69 |
| INTERNAL REVENUE SERVICE | UNSECURED | 610.74 | .00 | .00 |
| MCI WORLDCOM RES SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | NOTICE ONLY | NOT FILED | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 13892.57 | .00 | 610.74 | .00 | 14503.31 |
| PRINCIPAL PAID | 3794.36 | .00 | .00 | .00 | 3794.36 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3794.36 | .00 | .00 | .00 | 3794.36 |

The Debtor's attorney, SHAW & FOLEY LLC             , was allowed $   3000.00
and was paid $    676.00  direct and $   1181.60  through the plan.

The Trustee received $    261.89 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 10/10/07                   /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 06 B 06111 ELAINE POOLE